J. M. Thomas, N. B. Rhodes, Phillip Collins, George Walker and Charles Bonard, Plaintiffs in Error, v. William S. Jennings as Governor, Etc., Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Hillsborough county; J. B. Wall, Judge.

Thomas Palmer for plaintiffs in error.

Phillips & Phillips for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. Writ of error dismissed on motion of counsel for the defendant in error.